

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois, Eastern Division

|  |  |  |
|---|---|---|
| USA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  10 C 3976 |
| Adam B. Resnick | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X **other**  For the reasons stated in the Court's 3/29/12 memorandum opinion and order, Unites States' motion for partial summary judgment is granted [17].

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge  Darrah  on a motion for  by the United States for partial summary judgment.

Date:  Mar 29, 2012

*Thomas G. Bruton, CLERK OF COURT*

Melanie A. Foster

*Deputy Clerk*